IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TABATHA FRERKS,

    Plaintiff,

v.

DENIS M. WYSSBROD, TODD P. WOLF
ANDERSON O'BRIEN, SKRENES &
GOLLA, LLP, ROBERT KONKOL,
RICHARD FULLER and AMY JAHNKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-536-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Tabatha Frerks' emergency motion for immediate restraining order and injunction and dismissing this case without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

    /s/                                        10/4/2016

Peter Oppeneer, Clerk of Court            Date