## Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the Western
District of Wisconsin
File Number: 16-cv-536-wmc

Tabatha B. Frerks, Plaintiff

v.

Judge Todd P. Wolf et. al., Defendant

Notice of Appeal

   Notice is hereby given that Tabatha B. Frerks, (plaintiffs) in the above named case,* hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 4th day of October, 2016.

   (s) /s/Tabatha B. Frerks
     Tabatha B. Frerks
sui juris, 'private attorney gernal' under 18 U.S.C. 1964
Address: 2311 River Bend Road, Plover WI 54467